**Mario HAWKINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 102856**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: March 29, 2016

Scott Thompson, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101, for Appellant.

Chris Koster, Shaun J. Mackelprang, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

*ORDER*

PER CURIAM

Mario Hawkins ("Movant") appeals from the motion court's denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. After a jury trial, Movant was convicted of two counts of statutory sodomy in the first degree, in violation of Section 566.062, RSMo (Cum. Supp. 2006). Movant was sentenced to twenty-five years in prison on each count. This Court affirmed his conviction and sentence. *State v. Hawkins*, 423 S.W.3d 847 (Mo.App.E.D. 2014). We affirm the motion court's denial of post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a

memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).